

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EX PARTE: LUIS NAJERA, | § | No. 08-17-00216-CR |
| Appellant. | § | Appeal from the |
| | § | 384th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20010D05849) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **March 2, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 2, 2018.

IT IS SO ORDERED this 15th day of February, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.